# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RIAN ALAN AXELSON, | Case No. 24-CV-1579 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ASHLEY GRAHEK-PORKKONEN, | |
| Defendant. | |

The Court has received the December 12, 2024 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED.

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 2, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge